FILED

MAY -7 2025

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

# SA25CA0543 JKP Pg. 1 of 8

ANDRE MIGUEL TAYLOR/
Agent for Andre-Miguel: Taylor
Bexar County Adult Detention Center (confinement)
plaintiff,

V.

SHERIFF JAVIER SALAZAR,
Mail Room: RUBEN RESENDEZ,
Jail Programs Supervisor: KIMBERLY DE LA MONTANYA,
Grievance Supervisor: Sgt. R. DELOSANTOS,
LAW Library Supervisor: I. FIGUEROA,
Cpl. M. ALVAREZ, Cpl. M. GALEAZZI,
OLIVA ALEXANDER, Cpl. F. MORENO,
Cpl. MORAN, BEXAR COUNTY/BEXAR COUNTY ADULT
DETENTION:          Defendants,
All other unknown officers who have participated pursuant
to Sid number 665850 ☞ Any And All Communication
Communicated on the Institution Kiosk.

I was placed in the custody and care of Sheriff Javier
Salazar on a couple of occasions, which the plaintiff did not
consent to neither occasions, and was under duress the
whole durarations plaintiff was being held. Since the
plaintiff has been held here in custody, plaintiff have
been made to suffer continueally, exsperiencing abuse of
authority, such as, plaintiff was forced into a facility bathroom
where a man was assulted, and his blood was present everywhere
All throughout the facility bathroom. I plaintiff was forced to enter

Pg. 2 of 8

Same Facility bathroom And made to strip standing
on top of the Assalted inmates blood fully naked
exsposing my bare feet to unknown, unsafe blood
pathogens. Plaintiff placed grievance in a box 1-28-2023
And then plaintiff entered a notice/grievance on facility Kiosk
grievance department on 2-6-2023 pursuant to reference
number 15756382, Plaintiff has also attempted to File
Complaint in State Court, plaintiff has yet to hear an
response. Plaintiff while being held in this condition, plaintiff
is made to suffer, by knowingly being made to enter into
unconscionable contracts, by plaintiffs necessity to
communicate with his the plaintiffs family or to either try
to communicate his grievances by using the "facility phone"
or "Score Kiosk", "I.C. Solutions video visits", Plaintiff made
to suffer "price gouging" via "Keefe Commisary" And
Facility Contracted I.C. Solutions phone calls. Plaintiff
has been made to suffer by not having adequate access to
the law library or Notary Services, plaintiffs first request
8/26/22, 12:08pm Reference Number 14788408, plaintiff
recieved an Automated response, furthermore plaintiff wishes
that all of his communication performed on the "institution
Score Kiosk" via "Bexar County Adult detention center" be
made available for plaintiffs Claim. Plaintiff has been
denied Notary Services on a couple occasions, not only by
the law librarian, but also by Kimberly De La Montanya
Jail Programs Supervisor, I remained Civil about my right
to a Notary Serviced on my necessary Court documents

There should be A CAMERA to support my claim
on this day, along with multiple grievances of me
giving the defendants A chance to remedy my
complaints by me remaining Civil and transparent
as possible, to my complaints. All in all plaintiff has
not been provided A **Notary** nor has A remedy been made
on the subject. On January 23, 2025 plaintiff was denied
Notary Services by Kimberly De La Montanya (should be
Camera footage on file of interaction 1-23-2025), Complaint
was filed right after incident, reference number 20250345,
which was responded to by Cpl. M. Galeazzi 1-25-2025. Plaintiff
was informed that complaint was investigated by Kimberly
De La Montanya Jail Programs Supervisor 25-879.
Plaintiff makes his response due to facts being misrepresented
on grievence number 20247136/25-967, which another
misrepresented response by Cpl. M. Alvarez. The
form Kimberly De La Montanya refused to Notarize
was a 3 page Standard form 28, titled "Affidavit of
individual Surety", which has still not been Notarized
Due to the Bexar County Adult detention Center administration
Plaintiff made response to mailroom over 40 documented
times on Kiosk, having defeculties recieving Certified mail
slips or various issues recieving plaintiffs mail or having
mail intentionaly held from plaintiff, As well As plaintiffs
legal mail being opened outside of Plaintiffs presence.
Defendants making false statements About plaintiffs books that
was sent by plaintiffs family and then returned to sender, These

Pg. 4 of 8

Acts where commited by Ruben Resendez. The
incidents were addressed Via Kiosk reference number
1988836, 11-27-2024, Reference Number 19880630, my mail
not being recieved, Reference Number 19418427, 9-22-2024,
19517637, 10-04-2024, which This mail has yet to be
recieved by the plaintiff, which Contents were to be
G.S.A. Bonds that was sent to plaintiff. Grievenced
on 10-20-2024 About mail plaintiff recieved from
Federal Courthouse Stamped "Special Mail open in the
presence of inmate", which contained law suit papers,
but was preopened outside of plaintiffs presence
number 24-3131, reference number 1961942 which was
responded to by Cpl. M. Alvarez and Cpl. M. Galeazzi.
Plaintiff has made numerous requests to I. Figueroa Law
library Supervisor on Kiosk system, which has been
responded with the same Automated response. which
is further delaying plaintiff to remedy. There is only
one possible chance a week to make a request restricted
to one particular day, once the Law library respond,
you are told you have to wait an additional 10 days
to wait, which could cause a default in legal
matters. Over half of the once available motions/material
is no longer available, causing a henderence of the
Court due process. The defendants are scoping and
deciding which motions are permitted for the requesting
parties to have or if the requested motions apply to the
requesting parties case. Simply refusing the plaintiffs

request And refusing to give plaintiff A valid excuse ( Refer to over 100 documented request in Kiosk made to law library) Plaintiff has requested G.S.A. government Bonds, which plaintiff believes plaintiff is entitled And has a right to use in his present cases, I plaintiff requested Code of federal Regulation, which I. Figueroa denied. Plaintiff has been made to suffer numerous strip searches, due to misapplication of the Counties policies, Military tactics has been used Against the Plaintiff, deputies wearing helmets with weapons ordering the plaintiff not to look at them or be subjected to harm. having deputies in the living quarters yelling obsenities at people order-ing people to shut up Aggresively, confineing the people to there bunks, every day being placed in A possistion of repress, duress, A stressfull situation. Plaintiff has witnessed several occassions where deputies have placed "inmates Against other inmates" Just to force the inmate to comply with the deputies order. Plaintiff while being held in the custody And care of Sherriff Javier SALAZAR has lived And remained in a state of duress, repress, And mental Anguish. Plaintiff has stressed over time grievancing Issues And instead of the deputy's And staff, administration correcting, remedying issues, Plaintiff believes Sometime would make issues worse by constant institutional Shake downs/searches.

Pg. 6 of 8

Plaintiff Claims that there were violations of
the United States Constitution Artical 1 sections
9 And 10, The Bill of Rights, Amendments, I, IV, V,
VI, VIII And XIV, violations to texas Constitution
1, 2, 3, 9, 10, 11, 12, 13, 15 And 17 Along with breach of
Contract, violation of Common law copyright.
Plaintiff is claiming Invasion of Privacy, Assault,
battery, false Arrest, false imprisonment, fraud,
fraud by scienter, Intentional infliction of mental
distress, disparagement, interference with Contract,
unfair Competition, Conversion, Nuisance, Trespass
to both real And personal property, Defamation, Libel,
Malicious institution of Civil proceedings, Embezzleme
-nt, Forgery, Larceny, mail Tampering, RICO violations.
Plaintiff has been denied equal protection of LAW,
Due process of LAW, Plaintiff has taken his
treatment to be very cruel And unusual, Plaintiff
has lived in A state of duress And fear of being
retaliated Against for trying peacable Approach
in Addressing grievances, Plaintiff worries
About his filing of this law suit. Plaintiff has
given Much consideration to the power that has
been Asserted over plaintiff by Bexar County,
And its representatives. Plaintiff Also gives
Consideration to the revenue produced by the
Municipal Bond market Annually. Plaintiff first
Seek to be released from All obligations And A

restraining order placed against Bexar County, And its affiliates, basically the U.S. Governments protection for any retaliation do to this claim. Plaintiff is seeking compensatory damages of a sum, two Billion Dollars and punitive Damages of 204 times the Compen -satory.

Presettlement offer: [1] Pay 20% of the compensatory Damages, (2) Release the plaintiff from All Obligations with instructions to order All personal and real property belonging to the plaintiff, (3) A NO Contact order is put in place, preventing local or state police from Communicating with the plaintiff, The defendant has 60 days from this being filed into the federal Courthouse Records.

*released.*

Executed on 13 of April 2025    ANDRE MIGUEL TAYLOR
By: Andre M. Taylor, Agent for

Plaintiff's Declarations   Pg. 8 of 8

1) I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct to the best of the plaintiff belief and knowledge.

2) That I am of lawful age and competant to state these facts above.

3) That I am "United States Citizen, from the state of OHIO.

4) I do not believe this claim to be frivalous or malicious, I believe that there is an imminent danger of serious physical injuries.

5) I understand that there are filing fee and cost by the court that must be payed, I agree to pay these fees, which I agree to be responsible for the entire fee and cost assessed by the court which shall be deducted in accord with this from my trust account.

Signed this __13__ day of __April__, 2025

ANDRE MICHEL TAYLOR
By: Andre M. Taylor  Agent for