UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANDRE MIGUEL TAYLOR, #665850, | § |
| Plaintiff, | § |
| v. | § SA-25-CV-00543-JKP |
| SHERIFF JAVIER SALAZAR, ET AL., | § |
| Defendants. | § |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58. *See* FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Andre Miguel Taylor's 42 U.S.C. § 1983 Amended Civil Rights Complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(i, ii), 1915A(b)(1).

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

The Clerk of Court shall send a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three–strikes list.

It is so **ORDERED**.

SIGNED this 2nd day of October, 2025.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE